AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Juan Rodriguez<br><br>_Defendant_ | )<br>)<br>) Case No. 23-mj-134<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Juan Rodriguez                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   06/22/2023                                 G. Michael Harvey  _Digitally signed by G. Michael Harvey Date: 2023.06.22 11:22:16 -04'00'_
                                                                               _Issuing officer's signature_

City and state:     Washington, D.C.                     G. Michael Harvey, U.S. Magistrate Judge
                                                                            _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 07/12/2023, and the person was arrested on _(date)_ 07/13/2023
at _(city and state)_ Central Falls, RI.

Date: 07/17/2023                                           _[signature]_
                                                                  _Arresting officer's signature_

                                                                  FBI Special Agent Richard Gildersleeve
                                                                  _Printed name and title_